# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 14-50980 |
| Matthew J. Baker, and<br>Jennifer N. Baker | Chapter 13 |
| | Judge Charles M. Caldwell |
| Debtors. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE
## (Rel. Doc. 28)

  The undersigned hereby certifies that a copy of the foregoing Amended Chapter 13 Plan and 21-day notice filed June 17, 2014 (Docket # 28) was has been additionally served upon the parties listed below on June 20, 2014, electronically via the Court's ECF system as permitted by the rules or by regular U.S. mail, postage pre-paid as specified below.

            /s/ Laura M. Nesbitt
            Laura M. Nesbitt (0082629)
            *Debtor(s) counsel*

**SERVED VIA REGULAR U.S. MAIL**:

American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088